■ In the Matter of GENESEE VALLEY TRUST COMPANY, as Trustee of the Inter Vivos Trust for the Benefit of the Children of WALKER E. EDWARDS.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ. [See *ante,* p. 796.]

■ BOLESLAUS KWARCIANIAK, Respondent, v. FRANCES KWARCIANIAK, Appellant.— Appeal dismissed, without costs, for failure to comply with previous order.

■ FLOYD LUTHER et al., as Executors of FRANK D. LUTHER, Deceased, Appellants, v. LORITA TRAVELLA, Respondent.— Appeal dismissed, without costs upon stipulation.

■ HAROLD BUTLER, Appellant, v. PATRICK DI GENNARO et al., Respondents.— Appeal dismissed, without costs upon stipulation.

■ HAZEL J. MILLER, Respondent, v. FARREL L. MILLER, Appellant.— Appeals dismissed, without costs upon stipulation.

■ In the Matter of the Arbitration between UNITED STEEL WORKERS OF AMERICA, CIO, LOCAL UNION NUMBER 3775, Appellants, and LENNOX FURNACE COMPANY, INC., Respondent.— Appeal dismissed, without costs upon stipulation.

■ · NORMAN A. WHITE et al., Respondents, v. RALPH J. DYE et al., Appellants.— Appeal dismissed, without costs upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP ZENNER, Appellant.— Appeal dismissed, without costs upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLIFFORD L. BURGETT, Appellant.— Appeal dismissed, without costs upon stipulation.

■ ANTHONY BOSCARINO, Plaintiff, v. JOSEPH A. BIZUB et al., Defendants.— Appeal dismissed, without costs upon stipulation.

■ ANNA ALLEN, Plaintiff, v. MARION ANDREWS, Defendant. EDGAR P. ALLEN, Plaintiff, v. MARION ANDREWS, Defendant.— Appeals dismissed, without costs upon stipulation.

■ WILLIAM M. MALIN, an Infant, by LUCILLE J. MALIN, Respondent, v. AUGUST F. WEINWURM, Appellant.— Appeal dismissed, without costs upon stipulation.

■ WALTER G. LAUTERBACH, as Supervisor, et al., Respondents, v. ANGELO MARRA CONSTRUCTION Co., Appellant.— Appeal dismissed, without costs upon stipulation.

■ WINIFRED MURDOCK et al., Respondents, v. LLOYD SHORT, Appellant.— Motion granted and appeal dismissed, without costs.

■ LEONARD J. SIMON et al., Appellants, v. NOYES ALLEN, Respondent.— Motion granted and appeal dismissed, without costs.

■ In the Matter of RAYMOND A. HECKEL, as Treasurer of the Department of Mental Hygiene of the State of New York, For the Support of MARY M. BRISK, a Patient in Gowanda State Hospital.— Motion granted and appeal dismissed, without costs.

■ ARNOLD LAWRENCE, Appellant, v. MYRON F. CHAFFEE et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■ RUTH N. SOULE et al., Plaintiffs, v. TOWN OF PERINTON et al., Defendants.— Motion for a stay granted on condition appeal argued at March, 1956, Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE FORD, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL SPACK, Appellant.— Motion granted and appeal dismissed.